# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3077
_____

DAVID FRAZIER,

> Petitioner,

v.

STATE OF FLORIDA,

> Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


December 27, 2023


PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Justin Karpf, Assistant Public Defender, Tallahassee, for Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.